467 A.2d 322

**Mary A. METZGER, Petitioner,**

v.

**Lowell P. METZGER.**

**No. 81 M.D. Allocatur Docket, 1983.**

Supreme Court of Pennsylvania.

Nov. 7, 1983.

ORDER

PER CURIAM.

Petition granted. The Court of Common Pleas having entered a decree on February 10, 1982, the Order of the Superior Court, —— Pa.Super. ——, 463 A.2d 1180, quashing

the appeal taken from that decree is vacated and the appeal is reinstated.